**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RAMON HOSEA MCGRAW,                                                    PLAINTIFF
ADC # 142102

v.                                         No. 4:12CV00217 JLH-JJV

ARKANSAS, STATE OF; *et al*.                                        DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that defendants the State of Arkansas, Judge Sims, Kent Krouse, Judge Arnold, Carrie Robertson, Sgt. Martin, Jeannie Smith, Judge Volpe, and Judge Moody are DISMISSED, pursuant to 28 U.S.C. § 1915A(b)(1) and (2).

SO ORDERED this 15th day of November, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE