# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RAMON HOSEA McGRAW,                                                                              PLAINTIFF
ADC #142102

v.                                      No. 4:12CV00217 JLH-JJV

STATE OF ARKANSAS; *et al.*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.  Defendant's motion to dismiss for failure to state a claim is GRANTED. Document #50.

2.  Defendant Hobbs is DISMISSED as a party to this cause of action.

SO ORDERED this 9th day of January, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE