**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RAMON HOSEA MCGRAW
ADC #142102                                                                                         PLAINTIFF

v.                                              4:12CV00217-JLH-JJV

STATE OF ARKANSAS., *et al.*                                                          DEFENDANTS

## ORDER

The County Defendants have filed a Motion to Set Aside Service of Process for Defendant Smith. (Doc. No. 55). This motion is GRANTED. The Clerk shall set aside the Summons Returned Executed as to Defendant Smith (Doc. No. 37) and shall prepare Summons for this Defendant. The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2), Amended Complaint (Doc. No. 19), and Summons on this Defendant in the company of Maxium Health Care Services, 10310 West Markham Street, Suite 205, Little Rock, Arkansas 72205, without prepayment of fees and costs or security therefore.

DATED this 15th day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE