# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RAMON HOSEA MCGRAW, ADC #142102                          PLAINTIFF

v.                          4:12CV00217-JLH-JJV

STATE OF ARKANSAS; *et al.*                                         DEFENDANTS

## ORDER

On October 16, 2012, this Court directed service of the Summons, Complaint and Amended Complaint on eight Defendants. (Doc. No. 33). Summonses were returned unexecuted for Defendants Sims, Harris, and Livingston (Doc. Nos. 41, 42, 43). The Court realizes Plaintiff is at a disadvantage in trying to locate these Defendants. However, Plaintiff is obligated to perfect service. FED. R. CIV. P. 4. Accordingly, Plaintiff shall, within twenty-one (21) days of the date of this Order, provide addresses at which these Defendants may be served. Failure to do so will result in the dismissal of all claims against these Defendants without prejudice. FED. R. CIV. P. 4(m).

DATED this 15th day of May, 2013.

                                                     _____
                                                     JOE J. VOLPE
                                                     UNITED STATES MAGISTRATE JUDGE