**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RAMON HOSEA MCGRAW,                                                                                    PLAINTIFF
ADC #142102

v.                                        No. 4:12CV00217-JLH-JJV

STATE OF ARKANSAS; *et al.*                                                                        DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint is DISMISSED without prejudice. Document #1.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and an accompanying Judgment would not be taken in good faith.

DATED this 8th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE